JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-5919-GW-JC | Date | December 8, 2022 |
|---|---|---|---|
| Title | *Andrew Valles v. Kathleen Allison, et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present                        None Present

**PROCEEDINGS:**   **IN CHAMBERS - ORDER**

Pro per prisoner Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983 and a request to proceed in forma pauperis on August 19, 2022. On October 26, 2022, this Court issued an order indicating the request was granted and an initial partial filing fee of $155.47 was due immediately. *See* ECF No. 10. Plaintiff was informed that he had to submit the partial filing fee within 30 days or the action would be dismissed without prejudice. Plaintiff has not supplied the filing fee within 30 days of the order. Hence, this lawsuit is dismissed without prejudice.

:

Initials of Preparer   JG